UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONID DUBINSKIY, NADEZHDA DUBINSKY,<br><br>    Plaintiffs,<br><br>    v.<br><br>AURORA LOAN SERVICES; COUNTRYWIDE HOME LOANS, INC.; SANTA CRUZ MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORP.; and DOES 1-250,<br><br>    Defendants. | CIV-F-10-0735 AWI GSA<br><br>ORDER VACATING HEARING DATE OF JULY 19, 2010 AND TAKING MATTER UNDER SUBMISSION |

    Defendants Countrywide Home Loans, Aurora Loan Services, and Mortgage Electronic Registration Systems have filed motions to dismiss for failure to state a claim under Fed. R. Civ. Proc. 12(b)(6).  Oral argument on the matter is scheduled for 1:30 PM on July 19, 2010.  Plaintiffs have filed no opposition.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 19, 2010, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 15, 2010

                                   CHIEF UNITED STATES DISTRICT JUDGE

1