# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONID DUBINSKIY, NADEZHDA DUBINSKY,<br><br>   Plaintiffs,<br><br>  v.<br><br>AURORA LOAN SERVICES; COUNTRYWIDE HOME LOANS, INC.; SANTA CRUZ MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORP.; and DOES 1-250,<br><br>   Defendants. | CIV-F-10-0735 AWI GSA<br><br>ORDER VACATING HEARING DATE OF AUGUST 8, 2011 AND TAKING MATTER UNDER SUBMISSION |

  Defendant Aurora Loan Services has filed a motion to expunge a lis pendens recorded by Plaintiffs Leonid and Nadeshda Dubinsky. Doc. 29.  Oral argument on the matter is scheduled for 1:30 PM on August 8, 2011.  Plaintiffs have filed no opposition.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 8, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  August 3, 2011              _____

                      CHIEF UNITED STATES DISTRICT JUDGE

1